NOT FOR PUBLICATION

FILED

JUN 06 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SHAWN LUNDY,<br><br>Defendant - Appellant. | No. 15-30103<br><br>D.C. No. 2:14-cr-00059-RSL-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
Robert S. Lasnik, Senior District Judge, Presiding

Submitted June 2, 2016[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Shawn Lundy appeals from the district court's judgment and challenges his guilty-plea convictions and 10-year sentence for conspiracy to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846, and possession of counterfeit obligations or securities, in violation of 18 U.S.C. § 472.  Pursuant to

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

*Anders v. California*, 386 U.S. 738 (1967), Lundy's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel. We have provided Lundy the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Lundy has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**